FILE COPY

1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 300
   San Jose, CA 95131
3  Telephone: (408) 437-1788
   Facsimile: (408) 437-9788
4  Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiffs
   **Huijun Chen, Yuejin Huang** and **Gang Huang**
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                     COMPLAINT
11
   **Huijun Chen, Yuejin Huang** and **Gang**      ) Case No.
12 **Huang,**                                       )
                                                    ) C07 03514 PJH
13              Plaintiffs,                          )
                                                    )
14      v.                                          ) **PLAINTIFFS' ORIGINAL COMPLAINT**
                                                    ) **FOR WRIT IN THE NATURE OF**
15 **Alberto Gonzales**, United States Attorney     ) **MANDAMUS & DECLARATORY**
   General, U.S. Department of Justice;             ) **JUDGMENT UNDER 28 U.S.C. § 1361**
16 **Michael Chertoff**, Secretary of the           )
   Department of Homeland Security;                 )
17 **Emilio T. Gonzalez**, Director of United States) **Immigration Case**
   Citizenship and Immigration Services,            )
18                                                  )
19                                                  )
                                                    )
20              Defendants.                          )
21
22
23 Plaintiffs, Huijun Chen, Yuejin Huang and Gang Huang, by and through their attorney of record,
24 open this lawsuit against the Defendants and will show this Court the following:
25 1.      Plaintiffs bring this action against the Defendants to compel action on the delayed
26 processing of their I-485, *Application to Register Permanent Residence or Adjust Status*. These
27 applications remain within the jurisdiction of the Defendants who have improperly delayed and
28 withheld action on these applications to Plaintiffs' detriment.

Case No.                              1
Complaint

**PARTIES**

2.      Plaintiff, Huijun Chen, is the primary applicant of an I-485, *Application to Register Permanent Residence or Adjust Status*, filed with United States Citizenship and Immigration Services ("USCIS").

3.      Plaintiff, Yuejin Huang (Husband), is a derivative applicant of the above I-485, and cannot receive approval for his application until the primary applicant is approved.

4.      Plaintiff, Gang Huang (Son), is a derivative applicant of the above I-485, and cannot receive approval for his application until the primary applicant is approved.

5.      Defendant, Alberto Gonzales, is the Attorney General of the United States and this action is brought against him in his official capacity.  He is authorized to adjust to permanent residence status certain aliens who have been admitted to the United States, and is further authorized to delegate such powers to other government officials.  Defendant Gonzales is also the head of the Department of Justice, which is the government agency responsible for the FBI name checks.

6.      Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act, which provides for the processing of adjustment of status applications.

7.      Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought against him in his official capacity.  USCIS is an agency within the DHS to which DHS' authority has, in part, been delegated. Defendant Director is generally charged with the overall administration of immigration benefits and services.

**JURISDICTION**

8.      Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes.  Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

9.      Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiffs

Case No.                                    2
Complaint

1  may request a hearing on the matter in the district where Plaintiffs reside.

2  ## INTRADISTRICT ASSIGNMENT

3  10.    This lawsuit should be assigned to either the San Francisco Division or Oakland Division

4  of this court because a substantial part of the event or omission which gives rise to this lawsuit

5  occurred in Alameda County.

6  ## EXHAUSTION OF REMEDIES

7  11.    Plaintiffs have exhausted their administrative remedies.  The Plaintiffs have supplied

8  USCIS and the FBI with documents that clearly establish their eligibility to register as permanent

9  residents, and as will be demonstrated by the evidence, have followed up with numerous

10  inquiries and requests to the pertinent administrative agencies attempting to expedite their

11  delayed applications.

12  ## CAUSE OF ACTION

13  12.    Plaintiffs' I-485 applications, filing fees, along with all supporting documentation, were

14  filed with the USCIS California Service Center, on July 28, 2005.  These applications were

15  subsequently transferred to the USCIS Nebraska Service Center on March 7, 2007. (**EXHIBIT**

16  **1**)

17  13.    On October 11, 2005, Plaintiffs appeared before the USCIS Oakland sub-office to submit

18  their fingerprints. On March 21, 2007, Plaintiffs again submitted their fingerprints to the USCIS

19  Oakland sub-office due to the expiration of their previous fingerprints. (**EXHIBIT 2**)

20  14.    Plaintiffs contacted USCIS on July 26, 2006 to inquire about the status of their

21  applications. In the responses dated August 16, and August 18, 2006, the USCIS stated that the

22  application process was delayed due to the FBI name check. (**EXHIBIT 3**)

23  15.    Plaintiffs again contacted the USCIS about their delayed applications on November, 30,

24  2006. USCIS on January 3, 2007 responded and affirmed that the processing of their applications

25  were delayed due to the FBI name check.  (**EXHIBIT 4**)

26  16.    On February 24, 2007, Plaintiffs wrote a letter to United States Senator Dianne Feinstein

27  to request assistance with their stalled applications. In a response dated March 30, 2007, Senator

28  Feinstein informed Plaintiffs that Morgan Galli of her San Francisco office had contacted the FBI

Case No.                                        3
Complaint

1   on Plaintiffs' behalf. In a letter dated June 22, 2007, Morgan Galli informed Plaintiffs that the

2   name checks were still pending for Huijun Chen and Yuejin Huang, while the name check for

3   Gang Huang was completed on August 9, 2005. **(EXHIBIT 5)**

4   17.   Plaintiffs again contacted the USCIS on March 26, 2007 to inquire about their

5   applications. The USCIS responded on April 19, 2007 and stated that their applications were not

6   yet ready for a decision because two name checks had still not been completed. **(EXHIBIT 6)**

7   18.   On April 8, 2007, Plaintiffs wrote a letter to First Lady Laura Bush requesting assistance

8   with their stalled applications. In the response letter dated May 29, 2007, the FBI informed

9   Plaintiffs that their applications were still in process. **(EXHIBIT 7)**

10  19.   On May 10, 2007, USCIS replied to Plaintiffs regarding a recent fax inquiry about their

11  delayed applications and asked Plaintiffs to inquire online as to the status of their case.

12  **(EXHIBIT 8)**

13  20.   On June 5, 2007, Plaintiffs appeared before USCIS San Francisco sub-office for an

14  Infopass appointment to inquire into the status of their applications. Plaintiffs were informed that

15  Plaintiffs' applications are pending due to the FBI Name Checks **(EXHIBIT 9)**

16  21.   Although the role of Defendants is pivotal to the security of the United States of America,

17  the Defendants' actions have gone well beyond the expected 9-10 month processing time for the

18  adjudication of an I-485 Application (Please see Nebraska Service Center processing dates for I-

19  485 cases posted June 18, 2007 at **EXHIBIT 10**).  Defendants have failed to adhere to their own

20  processing times and procedures.

21  22.   Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to the

22  applicable requirements and complete the processing procedures.

23  23.   After numerous inquiries by the Plaintiffs, Defendants have unreasonably and

24  inappropriately refused to adjudicate the petitions, thereby depriving Plaintiffs of the rights to

25  which they are entitled.

26  24.   Plaintiffs have been greatly damaged by the failure of Defendants to act in accordance

27  with their duties under the law.  Specifically:

28          (a) Plaintiffs have been unable to obtain legal permanent residence and thus

Case No.                              4
Complaint

1   cannot travel or work without restriction.  They must pay additional filing fees

2   each year in order to work and travel legally.

3   (b) Plaintiffs are unable to accrue time to be eligible for naturalization as citizens

4   of the United States, thus delaying their obtainment of the rights and

5   privileges enjoyed by citizens of the United States.

6   25.     Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

7   unlawfully withholding action on Plaintiffs' applications, and have unreasonably delayed action

8   on Plaintiffs' cases.

9   26.     Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

10  unlawfully delaying action on Plaintiffs' applications and have failed to complete the

11  adjudicative functions delegated to them by law within a reasonable time.

12  27.     Plaintiffs have provided sufficient evidence of their attempts to secure adjudication of the

13  Application at issue, all to no avail. Their administrative remedies have been exhausted.

14  Accordingly, the Plaintiffs have been forced to retain the services of an attorney to pursue the

15  instant action.

16  ## PRAYER

17  28.     WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

18  respectfully pray that the Defendants be cited to appear herein and that, upon due consideration,

19  the Court enter an order:

20  (a) requiring Defendants to adjudicate Plaintiffs' I-485 applications forthwith;

21  (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

22  (c) granting such other relief at law and in equity as justice may require.

23

24  ///

25  ///

26  ///

27  ///

28  ///

Case No.                                                5
Complaint

1
2
3
4
5   Dated: July 5, 2007                                    Respectfully Submitted,
6
7                                                          Justin Fok, CSBN: 242272
8                                                          Attorney for Plaintiffs
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                            6
Complaint

1

## EXHIBIT LIST

2

3    Exhibit 1:      Receipt of I-485 transfer notices to Nebraska Service Center dated March 7, 2007

4

5    Exhibit 2:      USCIS Fingerprinting Notices dated 10/11/05 and 3/21/07

6

7    Exhibit 3:      Correspondence with USCIS

8

9    Exhibit 4:      Correspondence with USCIS

10

11   Exhibit 5:      Correspondence with Senator Dianne Feinstein and Morgan Galli

12

13   Exhibit 6:      Correspondence with USCIS

14

15   Exhibit 7:      Correspondence with First Lady Laura Bush

16

17   Exhibit 8:      Correspondence with USCIS

18

19   Exhibit 9:      Infopass Appointment dated June 5, 2007

20

21   Exhibit 10:     Nebraska Service Center processing dates for I-485 cases posted June 18, 2007

22

23

24

25

26

27

28

Case No.
Complaint

7

**Exhibit 1**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-05-212-52008 | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT   A078 068 561 |
| July 28, 2005 | | CHEN, HUIJUN |
| NOTICE DATE | PAGE | |
| March 7, 2007 | 1 of 1 | |

HUIJUN CHEN

BERKELEY CA 94703

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-212-52202 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>July 28, 2005 | PRIORITY DATE | APPLICANT    A099 040 257<br>HUANG, GANG |
| NOTICE DATE<br>March 7, 2007 | PAGE<br>1 of 1 | |

GANG HUANG

████████████████

BERKELEY CA 94703

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

   Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|---|
| WAC-05-212-52088 | | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT | A099 040 256 |
| July 28, 2005 | | | HUANG, YUEJIN |
| NOTICE DATE | PAGE | | |
| March 7, 2007 | 1 of 1 | | |

YUEJIN HUANG

██████████████

BERKELEY CA 94703

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

     Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



**Exhibit 2**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | | NOTICE DATE<br>09/22/2005 |
|---|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A#<br>A078068561 |
| APPLICATION NUMBER<br>WAC0521252008 | CODE<br>3 | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |

HUIJUN CHEN

BERKELEY, CA 94703

ASC SITE CODE
BIOMETRICS QA REVIEW BY:
*1680IY* ON *10/11/05*
TENPRINTS QA REVIEW BY:
*1SQIY* ON *10/11/05*

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS OAKLAND | 10/11/2005 |
| 2040 TELEGRAPH AVE. | 8:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS OAKLAND

2040 TELEGRAPH AVE.

OAKLAND, CA 94612

APPLICATION NUMBER I
I485    -  WAC0521252008

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics
worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will
interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | NOTICE DATE<br>09/22/2005 |
| --- | --- |

| CASE TYPE | SOCIAL SECURITY NUMBER | |
| --- | --- | --- |
| I485  Application to Register Permanent Resident or Adjust Status | | |

| APPLICATION NUMBER | CODE | SERVICE CENTER | USCIS A#<br>A099040257 |
| --- | --- | --- | --- |
| WAC0521252202 | 3 | WSC | PAGE<br>1 of 1 |

GANG HUANG

BERKELEY, CA 94703

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
*157977*   ON  *10-11-05*
TENPRINTS QA REVIEW BY:
*157977*   ON  *10-11-05*

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS OAKLAND | 10/11/2005 |
| 2040 TELEGRAPH AVE. | 8:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE** and

**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS OAKLAND

2040 TELEGRAPH AVE.

OAKLAND, CA 94612

APPLICATION NUMBER 1

I485  -  WAC0521252202

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | NOTICE DATE |
| --- | --- |
| | 09/22/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | |
| --- | --- | --- |
| I485  Application to Register Permanent Resident or Adjust Status | | USCIS ID |
| | | A099040256 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| WAC0521252088 | 3 | WSC | 1 of 1 |

YUEJIN HUANG

BERKELEY, CA 94703

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE ASC APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS OAKLAND | 10/11/2005 |
| 2040 TELEGRAPH AVE. | 8:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon     ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS OAKLAND

2040 TELEGRAPH AVE.

OAKLAND, CA 94612

| APPLICATION NUMBER 1 | |
| --- | --- |
| I485   -   WAC0521252088 | |

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|
| WAC0521252008 | | 2/21/2007 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | A078068561 | 1 |
| | TCR | SERVICE CENTER | PAGE |
| | | WSC | 1 of 1 |



BIOMETRICS PROCESSING STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
83941S  ON  03/21/07

HUIJUN CHEN

BERKELEY, CA 94703

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS OAKLAND | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 2040 TELEGRAPH AVE. | **DATE AND TIME OF APPOINTMENT** |
| OAKLAND, CA 94612 | 03/07/2007  3/21/07 |
| | 8:00 AM  1~3pm |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA  94612

**APPLICATION NUMBER 1**

I485 - WAC0521252008



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | |
|---|---|---|
| | APPLICATION NUMBER<br>WAC0521252088 | NOTICE DATE<br>2/21/2007 |
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A099040256 | CODE<br>1 |
| | TCR | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |



YUEJIN HUANG

BERKELEY, CA 94705





To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND, CA 94612 | DATE AND TIME OF APPOINTMENT<br>03/07/2007  3/21/07<br>8:00 AM  in 3pm |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND,  2040 TELEGRAPH AVE., OAKLAND, CA  94612

APPLICATION NUMBER 1

I485    -  WAC0521252088

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | | |
|---|---|---|---|
| | APPLICATION NUMBER<br>WAC0521252202 | | NOTICE DATE<br>2/21/2007 |
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A099040257 | CODE<br>1 |
| | TCR | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |

BIOMETRICS PROCESSING STAMP

GANG HUANG
BERKELEY, CA 94703

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON *3-21-07*

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND, CA 94612 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br><br>DATE AND TIME OF APPOINTMENT<br>03/07/2007  *3/21/07*<br>8:00 AM   *in 3pm* |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

---

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612

---

APPLICATION NUMBER 1

I485   -  WAC0521252202

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

**Exhibit 3**

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Wednesday, August 16, 2006

YUEJIN HUANG

BERKELEY CA 94703

Dear YUEJIN HUANG:

On 07/26/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-212-52088 |
| **Beneficiary (if you filed for someone else):** | HUANG, YUEJIN |
| **Your USCIS Account Number (A-number):** | A099040256 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The Principal applicants I-485 is still pending FBI name check clearance. Once the file has been cleared by FBI, all the riding applicants and principal will be adjudicated. The Service has NO control over how long it takes FBI to clear

the case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Wednesday, August 16, 2006

YUEJIN HUANG

BERKELEY CA 94703

Dear YUEJIN HUANG:

On 07/26/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-212-52088 |
| **Beneficiary (if you filed for someone else):** | HUANG, YUEJIN |
| **Your USCIS Account Number (A-number):** | A099040256 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The Principal applicants I-485 is still pending FBI name check clearance. Once the file has been cleared by FBI, all the riding applicants and principal will be adjudicated. The Service has NO control over how long it takes FBI to clear

the case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Friday, August 18, 2006

HUIJUN CHEN

BERKELEY CA 94703

Dear HUIJUN CHEN:

On 07/26/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | HUANG, YUEJIN |
| **Caller indicated they are:** | A translator |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-212-52008 |
| **Beneficiary (if you filed for someone else):** | CHEN, HUIJUN |
| **Your USCIS Account Number (A-number):** | A078068561 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-18-2006 01:48 PM EDT - WAC-05-212-52008

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Friday, August 18, 2006

HUIJUN CHEN



BERKELEY CA 94703

Dear HUIJUN CHEN:

On 07/26/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | HUANG, YUEJIN |
| **Caller indicated they are:** | A translator |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-212-52008 |
| **Beneficiary (if you filed for someone else):** | CHEN, HUIJUN |
| **Your USCIS Account Number (A-number):** | A078068561 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Exhibit 4**

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Wednesday, January 3, 2007

HUIJUN CHEN

BERKELEY CA 94703

Dear HUIJUN CHEN:

On 11/30/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | HUANG, YUEJIN |
| **Caller indicated they are:** | A translator |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-212-52008 |
| **Beneficiary (if you filed for someone else):** | CHEN, HUIJUN |
| **Your USCIS Account Number (A-number):** | A078068561 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

Thank you for your inquiry. The processing of your I-485 applications have been delayed because the principal s background security/name check has not yet cleared by the FBI as of this date. We regret to inform you that until the result is received the USCIS must suspend further processing on the case. Please note that all the riding applications will not be processed until the principal's application is processed. However, we have no control of how long it takes to the FBI to clear the case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Wednesday, January 3, 2007

HUIJUN CHEN

BERKELEY CA 94703

Dear HUIJUN CHEN:

On 11/30/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | HUANG, YUEJIN |
| **Caller indicated they are:** | A translator |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-212-52008 |
| **Beneficiary (if you filed for someone else):** | CHEN, HUIJUN |
| **Your USCIS Account Number (A-number):** | A078068561 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

Thank you for your inquiry. The processing of your I-485 applications have been delayed because the principal s background security/name check has not yet cleared by the FBI as of this date. We regret to inform you that until the result is received the USCIS must suspend further processing on the case. Please note that all the riding applications will not be processed until the principal's application is processed. However, we have no control of how long it takes to the FBI to clear the case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Exhibit 5**

Data: Feb.24, 2007
From: Huijun Chen
Address: ████████████████ Berkeley, CA 94703
e-mail: ████████████████
Phone: ████████████

To: Dear Senator Dianne Feinstein
Address: 331 Hart Senate Office Building, Washington, D.C. 20510-0504

Dear Senator Dianne Feinstein,

I am writing to beg your assistance in getting more information about my name check or possibly a decision on my application for US permanent residency with the USCIS.

My application to register permanent residence I-485 was filed on July 28, 2005 with California Service Center, USCIS. Since filing, one year and half has passed without any decision made. It is outside of processing time. During this time, I contacted the USCIS to inquire about the status of my case with phone two times. One was on 07/26/2006, the other was on 11/30/2006. In the first time they gave me a letter it said the processing of my case had been delayed. A check of their records established that my case was not yet ready for decision, as the required investigation into my background remained open. The letter also told me if I do not receive a decision or other notice of action within 6 months, I should contact the USCIS again for further action.

On 11/30/2006, I contacted the USCIS for the second time to inquire about the status of my case. After over one month later, I received a letter response from USCIS (please see attached letter) to the effect that my case was delayed because the USCIS was waiting for my background check with the FBI to clear. It also states that they have no control of how long it takes to the FBI to clear the case.
I love the United States and I understand name check is very important to the national security. However, a big and long time processing has made us to be stranded and tormented with fears of uncertainty and extreme distress. I am the principal applicant I-485. As my I-485 is still pending FBI name check clearance, my husband and son, the riding applications could not be processed. The most worried matter I have is about my son's status. Last year he entered into the University of Chicago. Because his adjustment of status is pending, his status in the university is in uncertainty, not a permanent resident student, also not a foreign student. Moreover, He is currently a riding applicant for the green card. However if he turns 21 years old in February of 2009, he is going to lost his eligibility for riding applicant. As a mother, I am very worried about this.

I have no way and have to only respectfully look for your assistance in asking the FBI and USCIS to expedite my background investigation and let me know when I might

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
    ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504

http://feinstein.senate.gov

March 30, 2007

Mr. Yue Jin Huang

▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

Berkeley, California 94703

Dear Mr. Huang:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
      ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

March 30, 2007

Mrs. Hui Jun Chen

~~██████████████████~~

Berkeley, California 94703

Dear Mrs. Chen:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
        ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

March 30, 2007

Mr. Gang Huang

████████████████

Berkeley, California 94703

Dear Mr. Huang:

Thank you for contacting my office regarding your concerns with the status of your name check.  I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you.  Ms. Galli has contacted the Federal Bureau of Investigation on your behalf.  You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me.  My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

June 22, 2007

Mrs. Hui Jun Chen

Berkeley, California 94703

Dear Mrs. Chen:

The Federal Bureau of Investigation has told me that you have two name checks requests which are still pending. The first has been pending since August 9, 2005, and the second since January 26, 2006. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

June 22, 2007

Mr. Yue Jin Huang
████████████████
Berkeley, California 94703

Dear Mr. Huang:

   The Federal Bureau of Investigation has told me that you have two name check requests which are still pending. The first has been pending since August 9, 2005, and the second since January 24, 2006. The FBI requests that our office wait ninety days before making a follow up inquiry.

   I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

June 22, 2007

Mr. Gang Huang

█████████████

Berkeley, California 94703

Dear Mr. Huang:

The Federal Bureau of Investigation has told me that your name check was completed on August 9, 2005.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

**Exhibit 6**

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Thursday, April 19, 2007

HUIJUN CHEN
━━━━━━━━━━
BERKEY CA 94703

Dear Huijun Chen:

On 03/26/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | wac-05-212-52008 |
| **Beneficiary (if you filed for someone else):** | Chen, Huijun |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship and Immigration Services**

Thursday, April 19, 2007

HUIJUN CHEN

BERKEY CA 94703

Dear Huijun Chen:

On 03/26/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | wac-05-212-52008 |
| **Beneficiary (if you filed for someone else):** | Chen, Huijun |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 04-19-2007 04:37 PM EDT - wac-05-212-52008

**Exhibit 7**

Data: April 8, 2007
From: Huijun Chen
Address: ███████████, ⸽erkeley, CA 94703
e-mail ███████████
Phone: ███████████

To: Dear First Lady Laura Welch Bush
Address: The White House, Washington, D.C.20500

Dear First Lady Laura Welch Bush,

I am writing to beg your assistance in getting more information about my name check or possibly a decision on my application for US permanent residency with the USCIS.

My application to register permanent residence I-485 was filed on July 28, 2005 with USCIS California Service Center. Since filing, one year and half has passed without any decision made. It is outside of processing time. During this time, I contacted the USCIS to inquire about the status of my case with phone two times. One was on 07/26/2006, the other was on 11/30/2006. In the first time they gave me a letter it said the processing of my case had been delayed. A check of their records established that my case was not yet ready for decision, as the required investigation into my background remained open. The letter also told me if I do not receive a decision or other notice of action within 6 months, I should contact the USCIS again for further action.

On 11/30/2006, I contacted the USCIS for the second time to inquire about the status of my case. After over one month later, I received a letter response from USCIS (please see attached letter) to the effect that my case was delayed because the USCIS was waiting for my background check with the FBI to clear. It also states that they have no control of how long it takes to the FBI to clear the case.

I love the United States and I understand name check is very important to the national security. However, a big and long time processing has made us to be stranded and tormented with fears of uncertainty and extreme distress. I am the principal applicant I-485. As my I-485 is still pending FBI name check clearance, my husband and son, the riding applications could not be processed on. The most worried matter I have is about my son's status. Last year he entered into the University of Chicago. Because his adjustment of status is pending, his status in the university is in uncertainty, not a permanent resident student, also not a foreign student. Moreover, He is currently a riding applicant for the green card. However if he turns 21 years old in February of 2009, he is going to lost his eligibility for riding applicant. As a mother, I am very worried about this.

I have no way and have to only respectfully look for your kind assistance in asking the FBI and USCIS to expedite my background investigation and let me know when I might expect a decision. Details of my case and the riding applicants are as below:



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH 591518                                              May 29, 2007

Ms. Huijun Chen
█████████████
Berkeley, CA  94703

Dear Ms. Chen:

Your letter dated April 8, 2007, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

A review of the FBI's Name Check Program database revealed that a request was received for you from the United States Citizenship and Immigration Services on August 9, 2005, and January 24, 2006.  Both of these submissions are currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration.  We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result.  While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will be of assistance.

Sincerely,

*For:* Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

**Exhibit 8**

U.S. Department of Homeland Security



**U.S. Citizenship
and Immigration
Services**

MAY 10 2007

CHEN HUI JUN
C/O ASIAMERICA GROUP
801 S. 1ST STREET #A
ALHAMBRA  CA 91801

A-Number / Receipt Number:

A 078068561 / A 099040257
A 099040256

Dear Sir or Madam:

Thank you for your recent inquiry to the California Service Center (CSC) via fax or letter for information regarding your case status.  USCIS has launched a new referral tracking system through our National Customer Service Center.  To ensure that customer inquiries are handled as effectively and quickly as possible, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at *1-800-375-5283*.  The National Customer Service Center will track your inquiry with us to resolution.

Please note that we will continue to accept expedite requests via fax at 949-389-3441.  Expedite requests must meet the criteria noted on our website at http://www.uscis.gov/portal/site/uscis - click on the "**My Case is Pending**" link.

Most importantly, USCIS provides a case-status online inquiry service on our website at www.uscis.gov – just click on the "**Case Status & Processing Dates**" link.  Finally, the USCIS website also includes a chart that reports current processing dates for particular applications and petitions in relation to the date the application or petition was filed.  The USCIS processes cases in the order received.

Thank you.

California Service Center
General Inquiry Response Rev. 1-24-07

# Exhibit 9



**INFOPASS**
Your e-Ticket to Immigration
Information.

姓名：**Huijun Chen**

约谈类型：**Speak to immigration officer**

确认号码：**SFR-07-18089**　　　　　　　　　验证代码 **17390**

约谈日期：**June 5, 2007**　　　　　　　　约谈时间：**10:30 AM**

地点：**444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY**

这是你的"确认号码"：



\* S F R - 0 7 - 1 8 0 8 9 \*

如果要取消此次约谈，需要提供以下"个人识　号"：
**54789**

请务必准时。如果不能准时到达，会导致取消约谈。这样的话，就需要再重新排定约谈时间。在排定的约谈时间前 **15** 分钟，你才被允许进入。

- 你一定要亲自前来，并携带有照片的身份　明和这封约谈信。
- 可以接受的身份　明包括：政　府签发的身份　、护照、有　子的驾照、I-94、工作可证或永久　女ヶ（绿卡）。
- 为了能更有效地为你服务，我们要求你携带所有适用的移民表格、信函、收据、翻译件以及辅助说明文档的原件。
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**

**Exhibit 10**



Search 
Advanced Search

Services & Benefits     Immigration Forms     Laws & Regulations     About USCIS     Education & Resources     Press Room

Print This Page    Back

## U.S. Citizenship and Immigration Services
## Nebraska Service Center Service Center Processing Dates
## Posted June 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice

and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted June 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | September 11, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | September 14, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 31, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | February 12, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | February 12, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | March 15, 2007 |

| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | September 14, 2006 |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | March 15, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | September 20, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | November 24, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | August 17, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | August 28, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | September 05, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | July 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | October 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | June 25, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | December 14, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | September 26, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | January 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | September 26, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | December 14, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | August 19, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | March 03, 2007 |

| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 10, 2006 |
|---|---|---|---|
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 01, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | October 13, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | May 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | May 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | March 23, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | December 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 22, 2006 |

Print This Page    Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security