# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Huijun Chen, Yuejin Huang, and Gang Huang,

**Amended SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-07-3514 PJH

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-12-07

Felicia Reloba
BY DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Huijun Chen, Yuejin Huang, and Gang Huang,

**AMENDED SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV- 07-3514 PJH

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-12-07

(BY) DEPUTY CLERK
/Felicia Reloba

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Huijun Chen, Yuejin Huang, and Gang Huang,

*Amended* SUMMONS IN A CIVIL CASE

CASE NUMBER: CV-07-3514 PJH

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-12-07

(BY) DEPUTY CLERK
Felicia Reloba

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE 7/16/2007 |
| Name of SERVER: Bo Li | | TITLE Office Administrator |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

Certified mail with return receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $ 36.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/16/2007
             Date

Signature of Server   Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure






## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On  7 · 16 · 2007  I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;**
3) **Order setting initial case management conference and ADR deadlines; contents of joint case management statement; order requiring joint case management statement and appearance at case management conference; contents of joint case management statement**

on the persons or entities named below, for the case Chen v. Gonzales (**C07-03514 PJH**) by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

U.S. Attorney
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Proof of Service: C07-3514 PJH
Chen, v. Gonzales, et al.

1

1  Office of the General Counsel
2  U.S. Department of Homeland Security
   Washington, DC 20528
3
4
5  Date of mailing: __7-16-2007__ Place of mailing: San Jose, California.
6  I declare under penalty of perjury under the laws of the United States of America that the
7  forgoing is true and correct.
8
9
10  Executed this __7-16-2007__ at San Jose, California
11
12                                                            _____
13                                                            Bo Li
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proof of Service: C07-3514 PJH                    2
Chen, v. Gonzales, et al.