Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
**Huijun Chen, Yuejin Huang** and **Gang Huang**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Huijun Chen, Yuejin Huang** and **Gang Huang,**<br><br>             Plaintiffs,<br><br>       v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services,<br><br>             Defendants. | Case No. CV-07-3514 PJH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) AND ORDER** |

Plaintiffs, by and through their attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiffs' I-485 *Application to Register Permanent Residence or Adjust Status*.

///

///

///

Case No. 07-3514 PJH
Notice of Voluntary Dismissal

1

1 | DATED: August 23, 2007

Respectfully Submitted,

_____/S/_____
Justin Fok, CSBN: 242272
Attorney for Plaintiffs

8/24/07



Case No. 07-3514 PJH
Notice of Voluntary Dismissal

2